RECEIVED
IN ALEXANDRIA, LA
JUN 2 8 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

Dexter Washington

VERSUS

Police Dept. of Alexandria

CIVIL ACTION NO. 01-1302 sec P

JUDGE F. A. LITTLE, JR.

MAGISTRATE JUDGE KIRK

## ORDER

IT IS ORDERED the motion for leave to re-urge and Supplement motion for Order Compelling Disclosure and Discovery (Doc # 116) is ___ GRANTED  ✓ DENIED because the case is stayed. The motion may be reurged after the stay is lifted.

DONE AND SIGNED at Alexandria, LA, on this 28th day of June 2005.

James D. Kirk
United States Magistrate Judge