
RECEIVED
IN ALEXANDRIA, LA


JUN 2 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DEXTER WASHINGTON,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. CV01-1302-A |
| VERSUS | |
| CITY OF ALEXANDRIA, et al.,<br>    Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### ORDER

On motion of Washington, IT IS ORDERED that counsel for defendants send Washington a copy of his deposition taken on June 11, 2004, at the Rapides Parish Detention Center NO. 3.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this 26th day of June, 2006.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE